**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No.  11-cv-01497-WJM-KMT

JUN 2 3 2011

DAVID K. JENNER,

GREGORY C. LANGHAM
CLERK

       Plaintiff,

v.

CAPT. WILLIAM SOKOL,
AMY COSNER,
TERESA REYNOLDS, and
COLORADO DEPARTMENT OF CORRECTIONS,

       Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on its own motion.  After careful review and consideration, it now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants.  If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, and all other orders upon the defendants.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 23rd day of June, 2011.

BY THE COURT:

William J. Martínez
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 11-cv-01497-WJM-KMT

David K. Jenner
Prisoner No.  92839
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

William Sokol, Amy Cosner, Teresa Reynolds, and
Colorado Department of Corrections - **WAIVER\***
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

James Quinn, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the Keith Nordell for service of process on William Sokol, Amy Cosner, Teresa Reynolds, and Colorado Department of Corrections: COMPLAINT FILED 6/08/11, WAIVER\*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on ___6/23/11___ .

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk