**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 11-cv-01497-RBJ-KMT        FTR - Courtroom C-201

**Date:** September 26, 2011        Deputy Clerk,

DAVID K. JENNER,        Pro Se (by phone)

    Plaintiff,

v.

CAPT. WILLIAM SOKOL (official capacity),        Nicole S. Gellar
AMY COSNER (individual and official capacity),
TERESA REYNOLDS (individual and official
capacity), and
COLORADO DEPARTMENT OF
CORRECTIONS (official capacity),

    Defendants.

---

## COURTROOM MINUTES / MINUTE ORDER

---

**PRELIMINARY SCHEDULING CONFERENCE**
**Court in Session: 9:48 a.m.**
Court calls case.  Telephonic appearance of *Pro Se* Plaintiff; in court appearance of
defense counsel.
Opening statements by the Court.

Court discusses its letter to pro se prisoner litigants with pro se Plaintiff.  A copy of the
letter is attached.

The court hears argument on defendant's Motion to Stay Discovery Pending Resolution
of Qualified Immunity as Asserted in the Motion to Dismiss in Part Pursuant to
Fed.R.Civ.P. 12(B)(6) (Doc. 11) [Doc. No. 18, filed September 21, 2011].

It is **ORDERED**:        Defendant's Motion to Stay Discovery [18] is **GRANTED IN PART**
                **AND DENIED IN PART**.  Discovery relating to plaintiff's claims
                seeking injunctive relief against all defendants may proceed.
                Discovery relating to monetary damages is **STAYED**.

The Preliminary Scheduling and Planning Conference is called to consider the nature
and status of the case, the case schedule, and what discovery if any will be needed.

**ORDERED:** JOINDER OF PARTIES OR AMENDMENT OF PLEADINGS DEADLINE is set November 17, 2011

**ORDERED:** DISCOVERY DEADLINE is set January 24, 2012

Discussion is held regarding methods of discovery.  Plaintiff is reminded that discovery is **not** to be filed with the Court.

● Depositions may be conducted pursuant to Fed.R.Civ.P. 30.  Each side shall be limited to three (3) depositions.  Each deposition shall be limited to one (1) day of a maximum of seven (7) hours, absent leave of Court.  The Court reminds Plaintiff that [1] any costs associated with a deposition, including any court reporter fees, are the responsibility of the party noticing the deposition and that [2] Plaintiff must confer with defense counsel regarding available dates and times for any depositions he may wish to take.  Permission must also be obtained from the prison facility.

● Interrogatories may be submitted pursuant to Fed.R.Civ.P. 33.
Each side shall be limited to twenty-five (25) Interrogatories, including subparts.

● Requests for Production of Documents may be submitted pursuant to Fed.R.Civ.P. 34.
Each side shall be limited to twenty-five (25) Requests for Production of Documents.

● Requests for Admissions may be submitted pursuant to Fed.R.Civ.P. 36.
Each side shall be limited to twenty-five (25) Requests for Admissions.

The responding party must serve its answers and/or objections to written discovery within thirty (30) days after being served with the discovery requests.

All interrogatories, requests for production of documents, and requests for admissions must be served no later than thirty-three (33) days prior to close of discovery.

Each side shall be limited to 1 expert witness, absent leave of Court.
Parties shall designate affirmative experts **on or before October 28, 2011**
Parties shall designate rebuttal experts **on or before November 30, 2011 .**

Discussion is held regarding dispositive motions which are generally filed to request that the Court decide the case without a trial.

**ORDERED:**  DISPOSITIVE MOTIONS DEADLINE is set February 24, 2012

No **STATUS CONFERENCE** is set at this time.   If the Court determines one is necessary, one will be set by Minute Order.

No **SETTLEMENT CONFERENCE** is set at this time.

**FINAL PRETRIAL CONFERENCE** is set for April 30, 2012 at 9:30 a.m.**in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.**

As Plaintiff is *pro se,* he is reminded he is required to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.).

A party may only be represented by an attorney who is admitted to the United States District Court District of Colorado  bar.

HEARING CONCLUDED.   **Court in Recess: 10:07 a.m.**    Total In-Court Time:   00:19

To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.