# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-01497-RBJ-KMT | FTR - Courtroom C-201 |
| **Date:** February 1, 2012 | Deputy Clerk, Nick Richards |

DAVID K. JENNER,    Pro Se (by phone)

    Plaintiff,

v.

CAPT. WILLIAM SOKOL (official capacity),    Nicole S. Gellar
AMY COSNER (individual and official capacity),
TERESA REYNOLDS (individual and official capacity), and
COLORADO DEPARTMENT OF CORRECTIONS (official capacity),

    Defendants.

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 9:04 a.m.**
Court calls case. Appearances of counsel.

Motion Hearing is called regarding Plaintiff's Motion to Compel Production of Documents (Fed.R.Civ.P. 37(a)) and for Appropriate Expenses [Doc. No. 26, filed December 15, 2011].

Oral argument by plaintiff.
Oral argument by defendant.

It is **ORDERED**:    Plaintiff's Motion to Compel [26] is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** as to Request for Production of Documents Nos. 6 and 7. As to Request No. 6, defendant shall produce a listing of items pertaining to the Jewish faith donated to any Department of Corrections facility in Colorado. However, any identity of donees will be redacted and not produced.

    As to Request No. 7, the request is granted in part to the extent

        there are requests for donations made by inmates in any facility of the Department of Corrections in the previous two years for Jewish faith items.

        Defense counsel shall provide the items in Request Nos. 6 and 7 to plaintiff on or before February 20, 2012. If no other items exist, defense counsel shall file a report stating as such with the court on or before February 20, 2012.

        The motion is **DENIED** as to Request for Production of Documents Nos. 3 and 5.  Request No. 5 is denied as stated by plaintiff. The court will allow the plaintiff two additional interrogatories regarding the cost of the items requested. Within 5 business days, plaintiff will submit 1 or 2 interrogatories concerning the cost of items requested.

        Request No. 3 is denied in that Request No. 6 is granted.

        As to Request No 11, defense counsel has provided the requested documentation. As to Request No. 22, the Court considers the request resolved.

It is **ORDERED**:    For the purposes of discovery discussed on the record at this hearing only, Discovery cut-off is extended to March 8, 2012.

        The Dispositive Motion deadline of February 24, 2012 is **VACATED** and extended to March 29, 2012.

**Court in Recess: 9:43 a.m.**
Hearing concluded.
Total In-Court Time    00:39

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.