IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01497–RBJ–KMT


DAVID K. JENNER,

      Plaintiff,

v.

CAPT. WILLIAM SOKOL (official capacity),
AMY COSNER (individual and official capacity),
TERESA REYNOLDS (individual and official capacity), and
COLORADO DEPARTMENT OF CORRECTIONS (official capacity),

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Relief from Minute Order Striking Amended Complaint or Alternatively Amendment of that Order" (Doc. No. 51, filed February 2, 2012) is DENIED.  As Plaintiff was advised in the motion hearing held before Magistrate Judge Tafoya on February 1, 2012, Plaintiff must file motion to amend his complaint separately from his Objections to this Court's Recommendation on Defendants' Motion to Dismiss.

Dated: February 6, 2012