IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01497-RBJ-KMT

DAVID K. JENNER,

      Plaintiff,

v.

CAPT. DONALD BRIGHTWELL, and
COLORADO DEPARTMENT OF CORRECTIONS,

      Defendants.

---

**ORDER FOR ISSUANCE OF WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO
TRANSPORT PLAINTIFF DAVID K. JENNER**

---

Plaintiff David K. Jenner, CDOC #92839 is a pro se plaintiff in his own bench trial

scheduled to take place before the Honorable R. Brooke Jackson on April 19, 2013 at 8:30 a.m.

at the United States District Court for the District of Colorado, 901 19th Street, Denver,

Colorado 80294, Courtroom A902. It is believed Mr. Jenner is currently confined at the Fremont

Correctional Facility, Canon City, Colorado. In order to secure Mr. Jenner's attendance at this

trial, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue, ordering Mr. Jenner's

custodian to produce him at the United States District Court for the District of Colorado.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court,

commanding the Warden of Freemont Correctional Facility or the Warden of the CDOC facility

where Mr. Jenner is currently being housed and the Colorado Department of Corrections to

produce inmate, David K. Jenner, CDOC #92839 on April 19, 2013, at 8:30 a.m. for the final day

of his bench trial to be held at the United States District Court for the District of Colorado, 901

19th Street, Denver, Colorado 80294, until the completion of the proceeding or as ordered by the

Court, and thereafter to return Mr. Jenner to the Freemont Correctional Facility.

     2. The custodian is further ordered to notify the Court of any change in the custody of

Mr. Jenner, and is ordered to provide the new custodian with a copy of this writ.

     Dated this 26th day of March, 2013.

BY THE COURT

_____
Judge R. Brooke Jackson
United States District Court Judge